IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL TRETHEWAY,            )
                              )
          Plaintiff,          )         8:13CV109
                              )
     v.                       )
                              )
CAROLYN W. COLVIN, Acting     )         ORDER
Commissioner of the Social    )
Security Administration,      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for leave to serve complaint out of time (Filing No. 5). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until September 13, 2013, to obtain service on defendant.

DATED this 12th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court