IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL TRETHEWAY,            )
                              )
          Plaintiff,          )        8:13CV109
                              )
     v.                       )
                              )
CAROLYN W. COLVIN, Acting     )         ORDER
Commissioner of the Social    )
Security Administration,      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's second motion for extension of time (Filing No. 16).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until February 14, 2014, to respond to plaintiff's brief.

DATED this 15th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court