IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL TRETHEWAY,            )
                              )
          Plaintiff,          )         8:13CV109
                              )
     v.                       )
                              )
CAROLYN W. COLVIN, Acting     )         ORDER
Commissioner of the Social    )
Security Administration,      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for award of attorney fees pursuant to the Equal Access to Justice Act, 42 U.S.C. § 406(b) (Filing No. 25) and defendant's response to the motion (Filing No. 26). The Court notes the parties have agreed to an award of $18,247.50 and the Court finds that the requested fee is reasonable compensation considering the work done by counsel. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for attorney fees is granted.

2) The Commissioner is directed to pay plaintiff's counsel the amount of $18,247.50 in attorney's fees.

DATED this 17th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court